FILED
2008 JUL 29 PM 4: 24
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ kw_____
            DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CROSSROADS SYSTEMS, INC., a Delaware Corporation, § § § Plaintiff, § § v. § § ACCUSYS (U.S.A.), INC., § AURAGEN TECHNOLOGIES, INC., § DIGI-DATA CORPORATION, § RAVE COMPUTER ASSOCIATION, INC., § CI DESIGN EUROPE B.V., § ARENA-MAXTRONIC, INC., § BAYDEL NORTH AMERICA, INC., § STORAGE ENGINE, INC., § COMPELLENT TECHNOLOGIES, INC., § and INLINE CORPORATION, § § Defendants. § | CASE NO. 1:08-CV-00394-SS |

## STIPULATION FOR DISMISSAL

Crossroads Systems, Inc. and Baydel North America, Inc., by and through their counsel, hereby stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims against Baydel North America, Inc. in the above-entitled action be dismissed with prejudice. Each party to this stipulation shall bear its own attorney's fees, costs and expenses incurred in connection with the action.

Respectfully submitted,

Dated: July 25, 2008     By:    /s/ *Elizabeth J. Brown Fore*
Steven Sprinkle (Bar No. 00794962)
ssprinkle@sprinklelaw.com
Elizabeth J. Brown Fore
(Bar No. 24001795)
ebrownfore@sprinklelaw.com
Sprinkle IP Law Group, PC
1301 W. 25th Street, Suite 408
Austin, Texas 78705
Tel: (512) 637-9220
Fax: (512) 371-9088

John M. Guaragna (Bar No. 24043308)
Courtney P. Stewart (Bar No. 24042039)
DLA Piper US LLP
1221 South MoPac Expressway, Suite 400
Austin, Texas 78746-6875
Tel: (512) 457-7000
Fax: (512) 457-7001

Of Counsel:

John Allcock (Bar No. CA-98895)
Sean C. Cunningham (Bar No. CA 174931)
Jesse Hindman (Bar No. CA-222935)
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2700
Fax: (619) 699-2701

ATTORNEYS FOR PLAINTIFF
CROSSROADS SYSTEMS, INC.

IT IS SO ORDERED.

Date: July 29, 2008

*Sam Sparks*
Honorable Sam Sparks
United States Judge