FILED

2008 SEP 24  AM 11: 50

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CROSSROADS SYSTEMS, INC., a § 
Delaware corporation, §
 §
 §
Plaintiff, §
 §
v. § Case No. 1:08-CV-00394-SS
 §
ACCUSYS (U.S.A.), INC. §
AURAGEN TECHNOLOGIES, INC., §
DIGI-DATA CORPORATION, §
RAVE COMPUTER ASSOCIATION, §
INC., CI DESIGN EUROPE, B.V., §
ARENA-MAXTRONIC, INC., §
BAYDEL NORTH AMERICA, INC., §
STORAGE ENGINE, INC., §
COMPELLENT TECHNOLOGIES, §
INC., and INLINE CORPORATION, §
 §
Defendants. §

STIPULATION FOR DISMISSAL

Crossroads Systems, Inc. and Storage Engine, Inc., by and through their counsel, hereby stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims against Storage Engine, Inc., and all potential counterclaims by Storage Engine, Inc. against Crossroads Systems, Inc. in the above-entitled action be dismissed with prejudice. Each party to this stipulation shall bear its own attorney's fees, costs and expenses incurred in connection with the action.

Dated: September 22, 2008                    Respectfully submitted,

/s/ Elizabeth J. Brown Fore
Steve Sprinkle (Bar No. 00794962)
Elizabeth J. Brown Fore (Bar No. 24001795)
Sprinkle IP Law Group
1301 W. 25th St., Suite 408
Austin, TX 78705
Tel: (512) 637-9220
Fax: (512) 371-9088

John M. Guaragna (Bar No. 24043308)
Courtney P. Steward (Bar No. 2404039)
DLA Piper US LLP
1221 S. MoPac Expressway, Suite 400
Austin, TX 78746-6875
Tel: (512) 457-7000
Fax: (512) 457-7001

Dated: September 22, 2008

/s/ William J. Burke
William J. Burke
Moser IP Law Group
1030 Broad Street, 2nd Floor
Shrewsbury, NJ 07702
(Tel.) 732-935-7100
(Fax.) 732-935-7122

IT IS SO ORDERED.

Date: September 24, 2008

The Honorable Sam Sparks
United States District Judge

2