IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CROSSROADS SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACCUSYS (U.S.A.), INC.<br>AURAGEN TECHNOLOGIES, INC.,<br>DIGI-DATA CORPORATION,<br>RAVE COMPUTER ASSOCIATION, INC., CI DESIGN EUROPE, B.V.,<br>ARENA-MAXTRONIC, INC.,<br>BAYDEL NORTH AMERICA, INC.,<br>ACCUSYS (U.S.A.), INC.,<br>COMPELLENT TECHNOLOGIES, INC., and INLINE CORPORATION,<br><br>Defendants. | Case No.  1:08-CV-00394-SS |

## NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT CI DESIGN EUROPE, B.V.

Crossroads Systems, Inc. hereby files this Notice of Dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, dismissing all claims against Ci Design Europe, B.V. in the above-entitled action with prejudice. Each party shall bear its own attorney's fees, costs and expenses incurred in connection with the action.

1

Dated: September 30, 2008

Respectfully submitted,

/s/ *Elizabeth J. Brown Fore*
Steve Sprinkle (Bar No. 00794962)
Elizabeth J. Brown Fore (Bar No. 24001795)
Sprinkle IP Law Group
1301 W. 25th St., Suite 408
Austin, TX 78705
Tel: (512) 637-9220
Fax: (512) 371-9088

John M. Guaragna (Bar No. 24043308)
Courtney P. Stewart (Bar No. 2404039)
DLA Piper US LLP
1221 S. MoPac Expressway, Suite 400
Austin, TX 78746-6875
Tel: (512) 457-7000
Fax: (512) 457-7001

Of Counsel:

John Allcock (Bar No. CA-98895)
Sean C. Cunningham (Bar No. CA-174931)
Jesse Hindman (Bar No. CA-222935)
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2700
Fax: (619) 699-2701

IT IS SO ORDERED.

Date: 10-3-08

*Sam Sparks*
The Honorable Sam Sparks
United States District Judge