IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CROSSROADS SYSTEMS, INC., a Delaware corporation, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No.  1:08-CV-00394-SS |
| ACCUSYS (U.S.A.), INC. AURAGEN TECHNOLOGIES, INC., DIGI-DATA CORPORATION, RAVE COMPUTER ASSOCIATION, INC., CI DESIGN EUROPE, B.V., ARENA-MAXTRONIC, INC., BAYDEL NORTH AMERICA, INC., ACCUSYS (U.S.A.), INC., COMPELLENT TECHNOLOGIES, INC., and INLINE CORPORATION, | § § § § § § § § § § § § | |
| Defendants. | § § | |

## NOTICE OF DISMISSAL OF CLAIMS WITHOUT PREJUDICE AGAINST DEFENDANT AURAGEN TECHNOLOGIES, INC.

Plaintiff Crossroads Systems, Inc. hereby files this Notice of Dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, dismissing all claims against Defendant Auragen Technologies, Inc. in the above-entitled action without prejudice. Each party shall bear its own attorney's fees, costs and expenses incurred in connection with the action.

1

Dated: November 18, 2008                                       Respectfully submitted,

        /s/ *Elizabeth J. Brown Fore*
Steve Sprinkle (Bar No. 00794962)
Elizabeth J. Brown Fore (Bar No. 24001795)
Sprinkle IP Law Group
1301 W. 25th St., Suite 408
Austin, TX 78705
Tel: (512) 637-9220
Fax: (512) 371-9088

John M. Guaragna (Bar No. 24043308)
Courtney P. Stewart (Bar No. 2404039)
DLA Piper US LLP
1221 S. MoPac Expressway, Suite 400
Austin, TX 78746-6875
Tel: (512) 457-7000
Fax: (512) 457-7001

Of Counsel:

John Allcock (Bar No. CA-98895)
Sean C. Cunningham (Bar No. CA-174931)
Jesse Hindman (Bar No. CA-222935)
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2700
Fax: (619) 699-2701

## CERTIFICATE OF SERVICE

  I hereby certify that on the 18th day of November, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John M. Guaragna
Courtney P. Stewart
DLA Piper US LLP
1221 South MoPac Expressway, Suite 400
Austin, Texas 78746-6875

2

John Allcock
Sean C. Cunningham
Thomas Jesse Hindman
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297.

                                                    /s/ *Elizabeth J. Brown Fore*
                                                    Elizabeth J. Brown Fore