IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CROSSROADS SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACCUSYS (U.S.A.), INC.,<br>AURAGEN TECHNOLOGIES, INC.,<br>DIGI-DATA CORPORATION,<br>RAVE COMPUTER ASSOCIATION, INC.,<br>CI DESIGN EUROPE B.V.,<br>ARENA-MAXTRONIC, INC.,<br>BAYDEL NORTH AMERICA, INC.,<br>STORAGE ENGINE, INC.,<br>COMPELLENT TECHNOLOGIES, INC.,<br>and INLINE CORPORATION,<br><br>Defendants. | CASE NO. 1:08-CV-00394-SS |

## ORDER

On this date, the Court reviewed Crossroads Systems, Inc.'s Notice of Dismissal with respect to Auragen Technologies, Inc., and found it to be sufficient. It is therefore

ORDERED that Auragen is hereby DISMISSED without prejudice from this action.

Date: Nov. 24, 2008

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE