IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CROSSROADS SYSTEMS, INC., a Delaware Corporation, | § § § | |
| Plaintiff, | § § § § | |
| v. | § § | CASE NO. 1:08-CV-00394-SS |
| ACCUSYS (U.S.A.), INC., AURAGEN TECHNOLOGIES, INC., DIGI-DATA CORPORATION, RAVE COMPUTER ASSOCIATION, INC., CI DESIGN EUROPE B.V., ARENA-MAXTRONIC, INC., BAYDEL NORTH AMERICA, INC., STORAGE ENGINE, INC., COMPELLENT TECHNOLOGIES, INC., and INLINE CORPORATION, | § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

On this date, the Court reviewed Crossroad Systems, Inc. and Compellent Technologies, Inc.'s Stipulation for Dismissal and found it to be sufficient. It is therefore

ORDERED that Compellent Technologies, Inc. is hereby DISMISSED with prejudice.

SIGNED this 24th day of nov., 2008.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE